

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,143

### EX PARTE VENNETTA WASHINGTON AKA BRANETTA SUE WASHINGTON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1178636 IN THE 232ND DISTRICT COURT FROM HARRIS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty and was convicted of assault on a public servant and sentenced to two years' imprisonment. She did not appeal her conviction.

Applicant contends, *inter alia*, that her trial counsel rendered ineffective assistance because he failed to investigate Applicant's age to discover she was only fifteen years old at the time of her offense and plea. We remanded this application to the trial court for findings of fact and conclusions

of law.

Trial counsel filed an affidavit with the trial court. Based on that affidavit, as well as the entirety of the record, the trial court determined that trial counsel was ineffective in that counsel failed to discover Applicant was fifteen years old at the time of her offense and plea and that such ineffective representation prejudiced Applicant. Applicant is entitled to relief. *Strickland v. Washington*, 466 U.S. 668, 687, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984); *Hernandez v. State*, 726 S.W.2d 53, 56-57 (Tex. Crim. App. 1984). We find, therefore, that Applicant is entitled to relief in the judgment of conviction in Cause No. 1178636 from the 232nd Judicial District Court of Harris County.

Relief is granted. The judgment in Cause No. 1178636 in the 232nd Judicial District Court of Harris County is set aside, and Applicant is remanded to the custody of the sheriff of Harris County.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: April 29, 2009
Do Not Publish